**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter   __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sticky Fingers Restaurants, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0362745** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 South Main Street** <br> **Greenville, SC 29601** | **Christy Phillips** <br> **657 Prospect Avenue** <br> **Ridgefield, NJ 07657** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greenville** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Sticky Fingers Restaurants, LLC**
          Name                                                    Case number (*if known*)

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Sticky Fingers Restaurants, LLC**    Case number (*if known*) _____
          Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

██ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Sticky Fingers Restaurants, LLC**                                      Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Sticky Fingers Restaurants, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/01/2025**
MM / DD / YYYY

**X /s/ Christy Phillips**
Signature of authorized representative of debtor

**Christy Phillips**
Printed name

Title    **Chief Financial Officer**

---

**18. Signature of attorney**

**X /s/ Robert H. Cooper**
Signature of attorney for debtor

Date    **3/01/2025**
MM / DD / YYYY

**Robert H. Cooper 05670**
Printed name

**The Cooper Law Firm**
Firm name

**1610 Gowdeysville Road
Gaffney, SC 29340**
Number, Street, City, State & ZIP Code

Contact phone    **864-271-9911**    Email address    **rhcooper@thecooperlawfirm.com**

**05670 SC**
Bar number and State

---

## United States Bankruptcy Court
### District of South Carolina

In re  **Sticky Fingers Restaurants, LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Carsten Thoma**, declare under penalty of perjury that I am the majority shareholder of the holding company of **Sticky Fingers Restaurants, LLC**, which is **Sticky Fingers Acquisitions, LLC,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 26th day of February, 2025.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper 05670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case."

Date  **2/26/2025**

Signed  **/s/ Carsten Thoma**

**Carsten Thoma**

Resolution of Board of Directors
of
**Sticky Fingers Restaurants, LLC**


Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Christy Phillips, Chief Financial Officer** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper 05670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case.

Date  **2/26/2025**　　　　　　　　　　　　　　　　Signed  **/s/Carsten Thoma**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Carsten Thoma**

## Sticky Fingers Corporate
## Profit and Loss by Location
### January - December 2024

| | 1-CHATTANOOGA | 1-GREENVILLE | 2-CORPORATE | 2-Ops Corp |
|---|---|---|---|---|
| **Income** | | | | |
| **400 Gross Sales** | | | | |
| **40000 Food Sales** | 0.00 | 2,111.30 | | |
| **40001 Dine In** | 496,816.99 | 427,429.30 | | |
| **40002 Bar** | 584,677.33 | 598,242.95 | | |
| **40003 Takeout** | 134,611.38 | 120,191.05 | | |
| **40004 Bite Squad** | | | | |
| **40005 Chow Now** | 47.50 | | | |
| **40006 Doordash** | 19,459.29 | 27,479.38 | | |
| **40007 Grub Hub** | | | | |
| **40009 Uber Eats** | 20,786.79 | 19,631.22 | | |
| **40012 Non-Alcoholic Sales** | 72,203.66 | 73,681.92 | | |
| **40013 Lunchbox** | 32,307.27 | 20,597.72 | | |
| **40015 Food Truck Sales** | | | | |
| **Total 40000 Food Sales** | $ 1,360,910.21 | $ 1,289,364.84 | $ 0.00 | $ 0.00 |
| **40099 Beverage Sales** | | | | |
| **40100 Beer Sales** | 83,066.22 | 75,979.47 | | |
| **40200 Liquor Sales** | 74,116.20 | 70,190.47 | | |
| **40300 Wine Sales** | 4,958.96 | 4,037.95 | | |
| **Total 40099 Beverage Sales** | $ 162,141.38 | $ 150,207.89 | $ 0.00 | $ 0.00 |
| **40500 Catering Sales** | 105,815.50 | 130,835.69 | | |
| **40800 Retail Sales** | 5,247.02 | 2,003.50 | | |
| **40900 GTK Sales** | 1,966.50 | 581.50 | | |
| **Total 400 Gross Sales** | $ 1,636,080.61 | $ 1,572,993.42 | $ 0.00 | $ 0.00 |
| **40950 Discounts** | -26,605.57 | -15,304.97 | | |
| **Total Income** | $ 1,609,475.04 | $ 1,557,688.45 | $ 0.00 | $ 0.00 |
| **Cost of Goods Sold** | | | | |
| **Cost of Goods Sold** | | | | |
| **50000 Food COG** | | | | |
| **50100 Bread** | 352.55 | 666.28 | | |
| **50200 Dairy** | 33,447.98 | 26,770.57 | | |
| **50300 Grocery** | 150,834.08 | 140,297.17 | | 23.05 |
| **50400 Meat** | 258,655.29 | 247,527.51 | | |
| **50500 Produce** | 57,215.70 | 49,666.39 | | |
| **50600 Non-Alcoholic** | 21,235.57 | 22,152.98 | | |
| **Total 50000 Food COG** | $ 521,741.17 | $ 487,080.90 | $ 0.00 | $ 23.05 |
| **55000 Beverage COG** | | | | |
| **55100 Beer** | 31,021.15 | 22,066.51 | | |
| **55200 Liquor** | 16,224.39 | 19,669.90 | | |
| **55400 Wine** | 367.55 | 744.43 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total 55000 Beverage COG | $ | 47,613.09 | $ | 42,480.84 | $ | 0.00 | $ | 0.00 |
| 56000 T-Shirts | | 657.00 | | 504.00 | | | |
| Total Cost of Goods Sold | $ | 570,011.26 | $ | 530,065.74 | $ | 0.00 | $ | 23.05 |
| Total Cost of Goods Sold | $ | 570,011.26 | $ | 530,065.74 | $ | 0.00 | $ | 23.05 |
| Gross Profit | $ | 1,039,463.78 | $ | 1,027,622.71 | $ | 0.00 | -$ | 23.05 |
| Expenses | | | | | | | |
| 60000 OCCUPANCY EXPENSES | | | | | | | |
| 60100 Rent Expense | | 128,877.78 | | 159,399.04 | | | |
| 60200 Common Area Maintenance | | 56,111.77 | | 56,729.64 | | | |
| 60250 CAM Recon - Prior Year | | | | 13,771.77 | | | |
| Total 60000 OCCUPANCY EXPENSES | $ | 184,989.55 | $ | 229,900.45 | $ | 0.00 | $ | 0.00 |
| 63000 UTILITIES | | | | | | | |
| 63100 Cable & Internet | | 4,410.78 | | 6,092.15 | | | |
| 63200 Electric & Gas | | 44,604.12 | | 37,648.35 | | | |
| 63400 Water & Sewer | | 22,172.26 | | | | | |
| 63500 Telephone | | 2,243.52 | | 2,380.68 | | | 324.96 |
| Total 63000 UTILITIES | $ | 73,430.68 | $ | 46,121.18 | $ | 0.00 | $ | 324.96 |
| 65000 PAYROLL EXPENSES | | | | | | | |
| 66000 Wages Expense | | | | | | | |
| 66100 Managers | | | | | | | |
| 66130 Restaurant Manager | | 97,107.72 | | 128,813.18 | | | 52,129.47 |
| 66140 Executive Management | | | | | | | 133,526.40 |
| 66150 Bonus Expense | | 500.00 | | 4,526.40 | | | 3,362.39 |
| Total 66100 Managers | $ | 97,607.72 | $ | 133,339.58 | $ | 0.00 | $ | 189,018.26 |
| 67100 Front of House Employees | | | | | | | |
| 67110 Bar Staff | | 15,802.31 | | 49,873.32 | | | |
| 67130 Host/Hostess | | 32,832.99 | | 42,177.26 | | | |
| 67140 Waitstaff | | 82,452.40 | | 48,023.26 | | | |
| 67150 Managers - Hourly | | -67.20 | | -49.36 | | | |
| Total 67100 Front of House Employees | $ | 131,020.50 | $ | 140,024.48 | $ | 0.00 | $ | 0.00 |
| 68100 Back of House | | | | | | | |
| 68120 Line Cooks | | 196,582.07 | | 137,754.42 | | | |
| Total 68100 Back of House | $ | 196,582.07 | $ | 137,754.42 | $ | 0.00 | $ | 0.00 |
| Total 66000 Wages Expense | $ | 425,210.29 | $ | 411,118.48 | $ | 0.00 | $ | 189,018.26 |
| 69000 Payroll Taxes | | | | | | | |
| 69100 Social Security | | 39,869.75 | | 37,515.87 | | | 10,501.30 |
| 69200 Medicare | | 9,434.10 | | 8,773.84 | | | 2,448.92 |
| 69300 FUTA | | 1,929.16 | | 1,738.27 | | | 84.00 |
| 69400 SUI | | 191.63 | | 22,729.81 | | | 1,158.84 |
| 69500 Disability | | | | | | | 5,259.78 |
| Total 69000 Payroll Taxes | $ | 51,424.64 | $ | 70,757.79 | $ | 0.00 | $ | 19,452.84 |
| 69999 Payroll Fees | | | | | | | 30,123.66 |
| 70200 Employee Benefits | | | | | | | |
| 70210 Dental Insurance | | 904.52 | | 1,559.60 | | | 1,179.05 |
| 70220 Health Insurance | | 33,721.98 | | 21,550.62 | | | 16,814.73 |
| 70230 Life Insurance | | 1,252.26 | | 1,411.68 | | | 1,276.28 |
| 70240 Vision Insurance | | 67.77 | | 110.31 | | | 814.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70250 Wageworks | | | | | | | 972.00 |
| 70255 Health Insurance Reimbursement | | | | | | | 9,006.24 |
| 70260 Sales Incentives | | 448.55 | | 995.00 | | | |
| **Total 70200 Employee Benefits** | **$** | **36,395.08** | **$** | **25,627.21** | **$    0.00** | **$** | **30,062.36** |
| **Total 65000 PAYROLL EXPENSES** | **$** | **513,030.01** | **$** | **507,503.48** | **$    0.00** | **$** | **268,657.12** |
| **70000 OPERATING EXPENSES** | | | | | | | |
| **70001 3rd Party Delivery Costs** | | | | | | | |
| **57000 3rd Party Delivery Fees** | | | | | | | |
| 57100 Door Dash | | 4,827.76 | | 7,106.04 | | | |
| 57200 Grubhub | | 797.12 | | 85.55 | | | |
| 57300 Ubereats | | 6,792.50 | | 6,422.74 | | | |
| 57400 ChowNow | | 297.00 | | | | | |
| 57700 Deliverect | | 882.36 | | 852.66 | | | 433.00 |
| **Total 57000 3rd Party Delivery Fees** | **$** | **13,596.74** | **$** | **14,466.99** | **$    0.00** | **$** | **433.00** |
| **77001 3rd Party PROMO Spends** | | | | | | | |
| 77150 Door Dash PROMO Spend | | 184.58 | | 158.93 | | | |
| **Total 77001 3rd Party PROMO Spends** | **$** | **184.58** | **$** | **158.93** | **$    0.00** | **$** | **0.00** |
| **Total 70001 3rd Party Delivery Costs** | **$** | **13,781.32** | **$** | **14,625.92** | **$    0.00** | **$** | **433.00** |
| **70099 Admin & Office Exp** | | | | | | | |
| 70100 Business License & Permits | | 2,468.05 | | 9,074.00 | | | 4,697.72 |
| 70350 Brinks POS | | 12,683.49 | | 8,079.53 | | | |
| 70375 Customer Refunds | | 3.55 | | | | | |
| 70400 Credit Card Fees | | 38,697.14 | | 32,470.22 | | | 14.53 |
| 71000 Postage | | 575.32 | | 7.14 | | | 940.39 |
| 71200 Security Expense | | 1,812.09 | | 2,121.96 | | | |
| **Total 70099 Admin & Office Exp** | **$** | **56,239.64** | **$** | **51,752.85** | **$    0.00** | **$** | **5,652.64** |
| **71300 Supplies** | | | | | | | |
| 70500 Kitchen Equipment | | | | 4,246.80 | | | |
| 70700 Linens | | 13,573.02 | | 11,175.72 | | | |
| 71310 General Supplies | | | | 67.78 | | | |
| 71320 Cleaning Supplies | | 34,427.63 | | 29,980.73 | | | |
| 71340 Kitchen Supplies | | 22,944.88 | | 21,740.06 | | | 188.44 |
| 71350 Packaging Supplies | | 41,081.69 | | 30,605.70 | | | |
| 71380 Smallwares | | 2,313.59 | | 721.28 | | | |
| **Total 71300 Supplies** | **$** | **114,340.81** | **$** | **98,538.07** | **$    0.00** | **$** | **188.44** |
| **Total 70000 OPERATING EXPENSES** | **$** | **184,361.77** | **$** | **164,916.84** | **$    0.00** | **$** | **6,274.08** |
| **71100 FACILITIES EXPENSE** | | | | | | | |
| 70550 Landscaping Expense | | 240.00 | | 1,083.32 | | | |
| 70900 Pest Elimination | | 2,864.16 | | 2,140.14 | | | |
| 71110 General Maintenance | | 21,906.13 | | 4,947.44 | | | 19,019.75 |
| 71120 Kitchen Repairs | | 16,533.51 | | 16,719.99 | | | |
| **Total 71100 FACILITIES EXPENSE** | **$** | **41,543.80** | **$** | **24,890.89** | **$    0.00** | **$** | **19,019.75** |
| **75000 MARKETING & PUBLIC RELATIONS** | | | | | | | |
| 75100 Advertising | | 16,065.27 | | 13,503.66 | | | 59,762.04 |
| 75200 Public Relations, Company Image | | | | | | | 32,316.00 |
| 75300 Recruiting & HR Ads | | 449.79 | | | | | 393.25 |
| 75500 Email / Customer Engagement | | | | 350.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75600 Social Media | | 2,195.12 | | 1,190.15 | | 3,314.09 |
| **Total 75000 MARKETING & PUBLIC RELATIONS** | $ | **18,710.18** | $ | **15,043.81** | $ | **0.00** | $ | **95,785.38** |
| **80000 GENERAL & ADMINISTRATIVE EXPENSES** | | | | | | |
| 80200 Auto Expenses | | | | | | |
| 80210 Gas | | 53.67 | | 20.00 | | 75.66 |
| 80220 Parking | | 957.00 | | 1,602.76 | | 237.60 |
| 80240 Repairs & Maintenance | | | | | | |
| **Total 80200 Auto Expenses** | $ | **1,010.67** | $ | **1,622.76** | $ | **0.00** | $ | **313.26** |
| 80300 Bank Charges & Fees | | 491.76 | | 742.43 | | 24,470.47 |
| 80400 Business Taxes | | 2,939.90 | | 5,633.99 | | 4,124.32 |
| 80440 Other Taxes | | | | | | |
| 80450 State Business Tax | | 652.26 | | 609.65 | | |
| **Total 80400 Business Taxes** | $ | **3,592.16** | $ | **6,243.64** | $ | **0.00** | $ | **4,124.32** |
| 80700 Dues & Subscriptions | | 1,681.03 | | 462.13 | | 17,064.12 |
| 80800 Insurance Expenses | | | | | | |
| 80830 General Liability | | | | | | 78,959.57 |
| **Total 80800 Insurance Expenses** | $ | **0.00** | $ | **0.00** | $ | **0.00** | $ | **78,959.57** |
| 81000 Legal Fees | | | | | | 284,743.46 |
| 81100 Meals & Entertainment | | 789.04 | | 641.83 | | 769.36 |
| 81200 Office Supplies | | 2,565.84 | | 2,350.08 | | 1,045.67 |
| 81300 Professional Fees | | | | | | |
| 81301 Accounting Fees | | | | | | 69,220.00 |
| 81320 Strategy Consulting | | | | | | 54,000.00 |
| 81340 Consulting Fees | | | | | | 59,840.00 |
| **Total 81300 Professional Fees** | $ | **0.00** | $ | **0.00** | $ | **0.00** | $ | **183,060.00** |
| 81400 Storage | | | | | | 6,394.40 |
| 81500 Travel | | | | | | |
| 81510 Airline Tickets | | | | | | 1,449.59 |
| 81520 Hotels | | | | | | 2,480.55 |
| 81530 Vehicle Rental | | | | | | 51.25 |
| 81540 Meals | | | | | | 162.71 |
| 81550 Mileage | | | | | | 464.94 |
| 81560 Parking | | 91.00 | | 697.20 | | 18.45 |
| 81570 Gas Expense | | 194.92 | | 215.07 | | 597.58 |
| **Total 81500 Travel** | $ | **285.92** | $ | **912.27** | $ | **0.00** | $ | **5,225.07** |
| **Total 80000 GENERAL & ADMINISTRATIVE EXPENSES** | $ | **10,416.42** | $ | **12,975.14** | $ | **0.00** | $ | **606,169.70** |
| **Total Expenses** | $ | **1,026,482.41** | $ | **1,001,351.79** | $ | **0.00** | $ | **996,230.99** |
| **Net Operating Income** | $ | **12,981.37** | $ | **26,270.92** | $ | **0.00** | -$ | **996,254.04** |
| Other Expenses | | | | | | |
| 94000 Cash Over Short | | -1,377.65 | | 766.15 | | |
| 96000 Penalties & Fines | | | | | | |
| 96500 Interest Expense | | | | | | 144.92 |
| **Total Other Expenses** | -$ | **1,377.65** | $ | **766.15** | $ | **0.00** | $ | **144.92** |
| **Net Other Income** | $ | **1,377.65** | -$ | **766.15** | $ | **0.00** | -$ | **144.92** |
| **Net Income** | $ | **14,359.02** | $ | **25,504.77** | $ | **0.00** | -$ | **996,398.96** |

| 2-Recovery | 2-Reorg & Growth | Total 2-CORPORATE | Total |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | | 0.00 | 2,111.30 |
| | | 0.00 | 924,246.29 |
| | | 0.00 | 1,182,920.28 |
| | | 0.00 | 254,802.43 |
| | | 0.00 | 0.00 |
| | | 0.00 | 47.50 |
| | | 0.00 | 46,938.67 |
| | | 0.00 | 0.00 |
| | | 0.00 | 40,418.01 |
| | | 0.00 | 145,885.58 |
| | | 0.00 | 52,904.99 |
| | | 0.00 | 0.00 |
| $    0.00 | $    0.00 | $    0.00 | $    2,650,275.05 |
| | | 0.00 | 0.00 |
| | | 0.00 | 159,045.69 |
| | | 0.00 | 144,306.67 |
| | | 0.00 | 8,996.91 |
| $    0.00 | $    0.00 | $    0.00 | $    312,349.27 |
| | | 0.00 | 236,651.19 |
| | | 0.00 | 7,250.52 |
| | | 0.00 | 2,548.00 |
| $    0.00 | $    0.00 | $    0.00 | $    3,209,074.03 |
| | | 0.00 | -41,910.54 |
| $    0.00 | $    0.00 | $    0.00 | $    3,167,163.49 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 1,018.83 |
| | | 0.00 | 60,218.55 |
| | | 23.05 | 291,154.30 |
| | | 0.00 | 506,182.80 |
| | | 0.00 | 106,882.09 |
| | | 0.00 | 43,388.55 |
| $    0.00 | $    0.00 | $    23.05 | $    1,008,845.12 |
| | | 0.00 | 0.00 |
| | | 0.00 | 53,087.66 |
| | | 0.00 | 35,894.29 |
| | | 0.00 | 1,111.98 |

| $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 90,093.93 |
|---|------|---|------|---|------|---|-----------|
|   |      |   |      |   | 0.00 |   | 1,161.00 |
| $ | 0.00 | $ | 0.00 | $ | 23.05 | $ | 1,100,100.05 |
| $ | 0.00 | $ | 0.00 | $ | 23.05 | $ | 1,100,100.05 |
| $ | 0.00 | $ | 0.00 | -$ | 23.05 | $ | 2,067,063.44 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 288,276.82 |
|   |      |   |      |   | 0.00 |   | 112,841.41 |
|   |      |   |      |   | 0.00 |   | 13,771.77 |
| $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 414,890.00 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 10,502.93 |
|   |      |   |      |   | 0.00 |   | 82,252.47 |
|   |      |   |      |   | 0.00 |   | 22,172.26 |
|   |      |   |      |   | 324.96 |   | 4,949.16 |
| $ | 0.00 | $ | 0.00 | $ | 324.96 | $ | 119,876.82 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 52,129.47 |   | 278,050.37 |
|   |      |   |      |   | 133,526.40 |   | 133,526.40 |
|   |      |   |      |   | 3,362.39 |   | 8,388.79 |
| $ | 0.00 | $ | 0.00 | $ | 189,018.26 | $ | 419,965.56 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 65,675.63 |
|   |      |   |      |   | 0.00 |   | 75,010.25 |
|   |      |   |      |   | 0.00 |   | 130,475.66 |
|   |      |   |      |   | 0.00 |   | -116.56 |
| $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 271,044.98 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 0.00 |   | 334,336.49 |
| $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 334,336.49 |
| $ | 0.00 | $ | 0.00 | $ | 189,018.26 | $ | 1,025,347.03 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 10,501.30 |   | 87,886.92 |
|   |      |   |      |   | 2,448.92 |   | 20,656.86 |
|   |      |   |      |   | 84.00 |   | 3,751.43 |
|   |      |   |      |   | 1,158.84 |   | 24,080.28 |
|   |      |   |      |   | 5,259.78 |   | 5,259.78 |
| $ | 0.00 | $ | 0.00 | $ | 19,452.84 | $ | 141,635.27 |
|   |      |   |      |   | 30,123.66 |   | 30,123.66 |
|   |      |   |      |   | 0.00 |   | 0.00 |
|   |      |   |      |   | 1,179.05 |   | 3,643.17 |
|   |      |   | -1,550.56 |   | 15,264.17 |   | 70,536.77 |
|   |      |   |      |   | 1,276.28 |   | 3,940.22 |
|   |      |   |      |   | 814.06 |   | 992.14 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 972.00 | 972.00 |
|  |  |  |  |  | 9,006.24 | 9,006.24 |
|  |  |  |  |  | 0.00 | 1,443.55 |
| $ | 0.00 | -$ | 1,550.56 | $ | 28,511.80 | $ 90,534.09 |
| $ | 0.00 | -$ | 1,550.56 | $ | 267,106.56 | $ 1,287,640.05 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 11,933.80 |
|  |  |  |  |  | 0.00 | 882.67 |
|  |  |  |  |  | 0.00 | 13,215.24 |
|  |  |  |  |  | 0.00 | 297.00 |
|  |  |  |  |  | 433.00 | 2,168.02 |
| $ | 0.00 | $ | 0.00 | $ | 433.00 | $ 28,496.73 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 343.51 |
| $ | 0.00 | $ | 0.00 | $ | 0.00 | $ 343.51 |
| $ | 0.00 | $ | 0.00 | $ | 433.00 | $ 28,840.24 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 4,697.72 | 16,239.77 |
|  |  |  |  |  | 0.00 | 20,763.02 |
|  |  |  |  |  | 0.00 | 3.55 |
|  |  |  |  |  | 14.53 | 71,181.89 |
|  |  |  |  |  | 940.39 | 1,522.85 |
|  |  |  |  |  | 0.00 | 3,934.05 |
| $ | 0.00 | $ | 0.00 | $ | 5,652.64 | $ 113,645.13 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 4,246.80 |
|  |  |  |  |  | 0.00 | 24,748.74 |
|  |  |  |  |  | 0.00 | 67.78 |
|  |  |  |  |  | 0.00 | 64,408.36 |
|  |  |  |  |  | 188.44 | 44,873.38 |
|  |  |  |  |  | 0.00 | 71,687.39 |
|  |  |  |  |  | 0.00 | 3,034.87 |
| $ | 0.00 | $ | 0.00 | $ | 188.44 | $ 213,067.32 |
| $ | 0.00 | $ | 0.00 | $ | 6,274.08 | $ 355,552.69 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 0.00 | 1,323.32 |
|  |  |  |  |  | 0.00 | 5,004.30 |
|  |  |  |  |  | 19,019.75 | 45,873.32 |
|  |  |  |  |  | 0.00 | 33,253.50 |
| $ | 0.00 | $ | 0.00 | $ | 19,019.75 | $ 85,454.44 |
|  |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  | 59,762.04 | 89,330.97 |
|  |  |  |  |  | 32,316.00 | 32,316.00 |
|  |  |  |  |  | 393.25 | 843.04 |
|  |  |  |  |  | 0.00 | 350.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 3,314.09 | 6,699.36 |
| $ | 0.00 | $ 0.00 | $ 95,785.38 | $ 129,539.37 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 75.66 | 149.33 |
|  |  |  | 237.60 | 2,797.36 |
|  |  |  | 0.00 | 0.00 |
| $ | 0.00 | $ 0.00 | $ 313.26 | $ 2,946.69 |
|  |  |  | 24,470.47 | 25,704.66 |
|  |  |  | 4,124.32 | 12,698.21 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 0.00 | 1,261.91 |
| $ | 0.00 | $ 0.00 | $ 4,124.32 | $ 13,960.12 |
|  |  |  | 17,064.12 | 19,207.28 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 78,959.57 | 78,959.57 |
| $ | 0.00 | $ 0.00 | $ 78,959.57 | $ 78,959.57 |
|  |  |  | 284,743.46 | 284,743.46 |
|  |  |  | 769.36 | 2,200.23 |
|  |  |  | 1,045.67 | 5,961.59 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 69,220.00 | 69,220.00 |
|  |  | 45,000.00 | 99,000.00 | 99,000.00 |
|  |  |  | 59,840.00 | 59,840.00 |
| $ | 0.00 | $ 45,000.00 | $ 228,060.00 | $ 228,060.00 |
|  |  |  | 6,394.40 | 6,394.40 |
|  |  |  | 0.00 | 0.00 |
|  |  |  | 1,449.59 | 1,449.59 |
|  |  |  | 2,480.55 | 2,480.55 |
|  |  |  | 51.25 | 51.25 |
|  |  |  | 162.71 | 162.71 |
|  |  |  | 464.94 | 464.94 |
|  |  |  | 18.45 | 806.65 |
|  |  |  | 597.58 | 1,007.57 |
| $ | 0.00 | $ 0.00 | $ 5,225.07 | $ 6,423.26 |
| $ | 0.00 | $ 45,000.00 | $ 651,169.70 | $ 674,561.26 |
| $ | 0.00 | $ 43,449.44 | $ 1,039,680.43 | $ 3,067,514.63 |
| $ | 0.00 | -$ 43,449.44 | -$ 1,039,703.48 | -$ 1,000,451.19 |
|  |  |  |  |  |
|  |  |  | 0.00 | -611.50 |
|  |  |  | 0.00 | 0.00 |
|  | 148.67 |  | 293.59 | 293.59 |
| $ | 148.67 | $ 0.00 | $ 293.59 | -$ 317.91 |
| -$ | 148.67 | $ 0.00 | -$ 293.59 | $ 317.91 |
| -$ | 148.67 | -$ 43,449.44 | -$ 1,039,997.07 | -$ 1,000,133.28 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sticky Fingers Restaurants, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 South Main LLC 101 E Washington St, Ste 400 Greenville, SC 29601 | | Lease | | | | $152,251.00 |
| City of Greenville 204 Halton Road, 2nd Floor Greenville, SC 29607 | | Hospitality Tax | | | | $21,000.00 |
| Greenville County Tax Assessor 301 University Ridge, Ste S-1100 Greenville, SC 29601 | | Property Tax | | | | $11,907.00 |
| Jack's Alley LLC 832 Georgia Avenue, Ste 418 Chattanooga, TN 37402 | | Lease | | | | $76,000.00 |
| Leech Tishman 525 William Penn Place, 28th Floor Pittsburgh, PA 15219 | | Legal Fees | | | | $84,823.00 |
| Lunchbox 228 Park Avenue S PMB 66378 New York, NY 10003 | | Supplies | | | | $8,004.00 |
| Monroe Moxness Berg 7760 France Avenue South Ste 700 Minneapolis, MN 55435-5844 | | Legal Fees | | | | $7,140.00 |
| Peak Sports MGMT LLC PO Box 1741 Allen, TX 75013 | | Advertising | | | | $6,012.00 |

Debtor  **Sticky Fingers Restaurants, LLC**                                    Case number *(if known)*  _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Russell & Company, PC 836 Farmington Ave, Ste 210 West Hartford, CT 06119** | | CPA Services | | | | **$6,000.00** |
| **SBA PO Box 21823 Columbia, SC 29221** | | PPP Loan | | | | **$456,096.00** |
| **SBA PO Box 21823 Columbia, SC 29221** | | PPP Loan | | | | **$137,697.00** |
| **SC Dept of Revenue 300A Outlet Pointe Blvd Columbia, SC 29210** | | Sales Tax | | | | **$19,000.00** |
| **Sentry Insurance 1800 North Point Drive Stevens Point, WI 54481** | | Premiums | | | | **$8,549.00** |
| **Small Business Accounting, LLC 657 Prospect Avenue Ridgefield, NJ 07657** | | Service | | | | **$13,040.00** |
| **Sysco Columbia LLC PO Box 9224 Columbia, SC 29290** | | Supplies | | | | **$21,000.00** |
| **Sysco Knoxville LLC 900 Tennessee Avenue Knoxville, TN 37921** | | Supplies | | | | **$18,102.00** |
| **Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018** | | Legal Services | | | | **$30,000.00** |
| **Tennessee Dept of Revenue Andrew Jackson Blvd, 8th Floor 500 Deaderick Street Nashville, TN 37242** | | Sales Tax | | | | **$41,000.00** |
| **The Law Offices of Neal Brickman PC 420 Lexington Ave, Ste 2811 New York, NY 10170** | | Legal Services | | | | **$36,000.00** |

Debtor    **Sticky Fingers Restaurants, LLC**_____    Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank fka BB&T Attn: Bankruptcy Dept PO Box 85092 Richmond, VA 23286** | | **Credit Card** | | | | **$54,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **Sticky Fingers Restaurants, LLC**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　**11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor　　□ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　□ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **3/01/2025** | **/s/ Robert H. Cooper** |
| *Date* | **Robert H. Cooper 05670** |
| | *Signature of Attorney* |
| | **The Cooper Law Firm** |
| | **1610 Gowdeysville Road** |
| | **Gaffney, SC 29340** |
| | **864-271-9911  Fax: 864-232-5236** |
| | **rhcooper@thecooperlawfirm.com** |
| | *Name of law firm* |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **Sticky Fingers Restaurants, LLC** _____   Case No. _____

                                              Debtor(s)         Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)   _____ computer diskette

(b)   _____ scannable hard copy
(number of sheets submitted _____)

(c)   __**X**__ electronic version filed via CM/ECF

Date:   **3/01/2025** _____          **/s/ Christy Phillips** _____
                                          **Christy Phillips**
                                          Signature of Debtor

                                          **/s/ Robert H. Cooper** _____
                                          Signature of Attorney
                                          **Robert H. Cooper**
                                          **The Cooper Law Firm**
                                          **1610 Gowdeysville Road**
                                          **Gaffney, SC 29340**
                                          **864-271-9911**
                                          Typed/Printed Name/Address/Telephone

                                          **05670 SC** _____
                                          District Court I.D. Number

1 SOUTH MAIN LLC
101 E WASHINGTON ST, STE 400
GREENVILLE SC 29601


A HEAD FOR PROFITS
240 GREAT CIRCLE RD, STE 344
NASHVILLE TN 37228


AIRGAS USA, LLC
PO BOX 734672
DALLAS TX 75373-4672


ALLY BANK
PAYMENT PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY 40290-1948


ANDREW MARTINO
198 WAYNE STREET, UNIT 1
JERSEY CITY NJ 07302


AUTO-CHLOR CHATTANOOGA
1614 E 27TH ST
CHATTANOOGA TN 37404


AUTO-CHLOR GREENVILLE
210 CEMBER WAY, STE E
SUMMERVILLE SC 29483


CHATTANOOGA FIRE PROTECTION, INC.
1818 BROAD STREET
CHATTANOOGA TN 37408


CHATTANOOGA GAS
PO BOX 4569 - LOC 6250
ATLANTA GA 30302


CHATTANOOGA WASTE RESOURCES
PO BOX 591
CHATTANOOGA TN 37401


CITY OF CHATTANOOGA
OFFICE OF CITY TREASURER
1010 E 11TH ST, ROOM 100
CHATTANOOGA TN 37402-4282

CITY OF GREENVILLE
204 HALTON ROAD, 2ND FLOOR
GREENVILLE SC 29607

COMCAST
PO BOX 71211
CHARLOTTE NC 28272

COZZINI BROS, INC.
8430 W BRYN MAWR AVE, STE 800
CHICAGO IL 60631

CSC LLC
PO BOX 7410023
CHICAGO IL 60674

DARLING INGREDIENTS, INC.
PO BOX 554885
DETROIT MI 48255-4885

DIPPLE PLUMBING, INC.
211 N PLEASANTBURG DRIVE
GREENVILLE SC 29607

DUKE ENERGY
PO BOX 70515
CHARLOTTE NC 28272

EARLE FURMAN, LLC
101 E WASHINGTON ST, STE 400
GREENVILLE SC 29601

EASYICE
PO BOX 650769
DALLAS TX 75265

EGROUP HOLDING COMPANY, LLC
PO BOX 122210
DALLAS TX 75312-2100

EPB BROAD STREET
PO BOX 182254
CHATTANOOGA TN 37422

EPB FIBER OPTICS
PO BOX 182251
CHATTANOOGA TN 37422


EXPERT SERVICES APPLIANCE HEATING & AIR
9018 OOLTEWAH GEORGETOWN RD, STE 114
OOLTEWAH TN 37363


GRANITE COMMUNICATIONS
PO BOX 841304
BOSTON MA 02284


GREENVILLE COUNTY TAX ASSESSOR
301 UNIVERSITY RIDGE, STE S-1100
GREENVILLE SC 29601


HAMILTON COUNTY


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101


INTERNAL REVENUE SERVICE
1835 ASSEMBLY STREET MDP 39
COLUMBIA SC 29201


JACK'S ALLEY LLC
832 GEORGIA AVENUE, STE 418
CHATTANOOGA TN 37402


JC EHRLICH CO.
PO BOX 740608
CINCINNATI OH 45274


KNOWLOGIX, LLC
1235 BOONE HILL RD, STE 2
SUMMERVILLE SC 29483


LEECH TISHMAN
525 WILLIAM PENN PLACE, 28TH FLOOR
PITTSBURGH PA 15219

LUNCHBOX
228 PARK AVENUE S PMB 66378
NEW YORK NY 10003


METRO PLUMBING HEATING AIR
PO BOX 21563
CHATTANOOGA TN 37424


MONROE MOXNESS BERG
7760 FRANCE AVENUE SOUTH STE 700
MINNEAPOLIS MN 55435-5844


NITRO-DERM EAST
PO BOX 4803
GREENVILLE SC 29608


PEAK SPORTS MGMT LLC
PO BOX 1741
ALLEN TX 75013


PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201


PRINCIPLE LIFE INSURANCE
PO BOX 77202
MINNEAPOLIS MN 55480-7200


PYE BARKER FIRE & SAFETY, LLC
PO BOX 735358
DALLAS TX 75373-5358


RIGHT HAND RHINO
PO BOX 316
THOMPSONS STATION TN 37179


ROTO ROOTER PLUMBING
PO BOX 8458
CHATTANOOGA TN 37414


RUSSELL & COMPANY, PC
836 FARMINGTON AVE, STE 210
WEST HARTFORD CT 06119

SBA
PO BOX 21823
COLUMBIA SC 29221


SC DEPT OF REVENUE
300A OUTLET POINTE BLVD
COLUMBIA SC 29210


SENTRY INSURANCE
1800 NORTH POINT DRIVE
STEVENS POINT WI 54481


SMALL BUSINESS ACCOUNTING, LLC
657 PROSPECT AVENUE
RIDGEFIELD NJ 07657


SPECTRUM BUSINESS
PO BOX 94188
PALATINE IL 60094


SYSCO COLUMBIA LLC
PO BOX 9224
COLUMBIA SC 29290


SYSCO KNOXVILLE LLC
900 TENNESSEE AVENUE
KNOXVILLE TN 37921


TARTER KRINSKY & DROGIN LLP
1350 BROADWAY
NEW YORK NY 10018


TENNESSEE AMERICAN WATER
PO BOX 6029
CAROL STREAM IL 60197-6029


TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BLVD, 8TH FLOOR
500 DEADERICK STREET
NASHVILLE TN 37242


THE LAW OFFICES OF NEAL BRICKMAN PC
420 LEXINGTON AVE, STE 2811
NEW YORK NY 10170

TRUIST BANK FKA BB&T
ATTN: BANKRUPTCY DEPT
PO BOX 85092
RICHMOND VA 23286


TWC SERVICES, INC
PO BOX 1612
DES MOINES IA 50306-1612


UNIFIRST CORPORATION
PO BOX 650481
DALLAS TX 75265-0481


WAGEWORKS, INC.
PO BOX 8363
PASADENA CA 91109-8363